**Order filed, March 29, 2012.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00253-CR

---

**Nancy Richey, Appellant**

**V.**

**The State of Texas, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 10**
**Harris County, Texas**
**Trial Court Cause No. 1814444**

---

## ORDER

The reporter's record in this case was due March 23, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order David Fortson, the official court reporter, to file the record in this appeal **within 20 days** of the date of this order.

PER CURIAM